MYERS, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Tina Myers against Andreas Fox, as executor, etc. No opinion. Motion to resettle order denied, with costs.

NASSAR v. ELIAS. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Miguel E. Nassar against Salim Elias. No opinion. Motion denied, on payment of $10 costs, and on condition that appeal be ready for January term. Order filed.

NASSAR, Respondent, v. ELIAS, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Miguel E. Nassar against Salim Elias. F. Bien, for appellant. S. J. Siegel, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NELLIS, Appellant, v. NELLIS, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Ida Antoinette Nellis against James C. Nellis, as executor, etc., of Mary Magdalen Nellis, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

NELSON et al., Respondents, v. VEIT et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Morris Nelson and another against Maurice Veit and others. G. L. Shearer, for appellants. M. S. Guiterman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

NEUMULLER v. HOLBROOK (two cases). (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Clara Neumuller against Frederick Holbrook. No opinion. Motion granted. Order filed.

NEW IDEA PATTERN CO., Appellant, v. MILSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by the New Idea Pattern Company against Isaac Milstein. J. B. Sheehan, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEWMAN, Respondent, v. INTERBORO RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Carrie M. Newman, as administratrix, against the Interboro Rapid Transit Company. J. V. Bouvier, for appellant. H. A. Powell, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $12,000, in which event judg-ment, as so modified, and order, affirmed, without costs. Settle order on notice.

NEW YORK CENT. & H. R. R. CO., Respondent, v. CITY OF ROCHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by the New York Central & Hudson River Railroad Company against the City of Rochester and others. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK ELECTRICAL WORKERS' UNION, Appellant, v. DAVIS, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by the New York Electrical Workers' Union against Solomon Davis as president. G. Bell, for appellant. F. Hulse, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NIKOP v. KELLERMAN. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Aaron Nikop against Adolph Kellerman. No opinion. Motion denied, with $10 costs. Order filed.

NORTHERN BANK OF NEW YORK v. SCHLEESTEIN et al. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by the Northern Bank of New York against Clara Schleestein and another. I. N. Miller, for appellant. L. B. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NORTON et al., Appellants, v. AMERICAN EXCHANGE NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Samuel P. Norton and another against the American Exchange National Bank. W. K. Hall, for appellants. J. M. Hartfield, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

NUGENT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Cornelius H. Nugent against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

NUGENT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Cornelius H. Nugent against the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

OBENDORFER et al., Respondents, v. CITY OF NEW YORK et al., Appellants. (Su-